EDITH A. GLASSER, an Infant, by IRENE GLASSER, Her Guardian ad Litem, et al., Respondents, *v.* CAMP SWATONAH CO., INC., Appellant.

Argued March 15, 1937; decided April 20, 1937.

*Alphonse J. D'Auria* for appellant.

*Lazarus Joseph, Isidor Enselman* and *Gustave G. Rosenberg* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.